Mika Love [scribbled out]

**FILED**
September 14, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ad_____ DEPUTY

Copy of complaint sent 9/11/23

Douglas Lynn McGoffey
Plaintiff

**6:23-cv-670**

V.

Sheriff Andrea Lyon ADAMS
Defendant Corporal Dusty "Red" Wilson
Defendant Johnathan Ali Tennison
Defendant Nurse Kayla "Sessions" "Jessika Allen"
Defendant "Roswell Sommons Sartwell" Marshall
Defendant "Jessica Flood Hamilton" Ford

Section 1983 Civil Action Complaint
Civil Action No. _____

II Defendants wrong & unlawfull actions: This is truly hatefull. I need Alex Jones from News Radio Austin CH 997 here! Defendant Ford is known as Carrina Crawford in Marble Falls Tx. during my middle school years. She has been hanging online as a pervert, so has Dusty Nauman AKA Officer Wilson who threatened to paint me orange & drowned me in the toilet on 9/6/23! Defendant Marshall is a sick fat kid I knew around 8th & 7th grade, he was Aaron Sommons & changed his name to Roswell Sartwell & said I'm gonna tie you up like a pig & beat you to death like we beat your father to death! Defendant Kayla, the nurse has ignored dozens of sick calls, didnt get me X-rays after I blacked out & fractured my skull, I have seizures, PTSD medicine & need my records from Del Valle & "ASH" the Austin state hospital that I sent out for long ago. If they got those letters, theyve been caught violating felony mail laws already! They should be arrested ASAP! These demons never did anything but talk about my dads fishing stuff growing up! They stole my dads money bucket over $4000 & made Mom cry. Johnathan Ali "Officer Tennison" hit people w/a skateboard! Find the tape of my dads murder & get me home to Marble Falls safe! & Mike Wiegand is here too AKA Officer Oregon. Officer Adams told me shes the sheriff & we used to date!

My good friend Kipp Anderson is a witness to ADAMS, call his dad, Mr. A @ 830-237-6996, hes my legal helper.

Officer Carrina Crawford sexually assaulted me! She said suck my butt! & eat my stinky pussy!
VI Prayer for Relief: These maniacs killed my dad & broke into my shed & house in 2019! I shall get $5 million for my dads police murder & be relieved of my current charges with Case# 6:23-cv-00646, leave today, have all 7 indicted, get 15 grand for pain suffering & false arrest & let my mom know I'm ok! Call my friend Whit Nelson to get me home 773-251-2896. Give this complaint a case number now! Hurry!

Doug McGoffey
106 Zunity Trail, MF, TX 78654    END

**Coryell County Sheriffs Office**
May 15

Name: _____  Signature: _____  Location: _____

### Clothing

| # | Item | Price |
|---|---|---|
| 1501 | Boxer sz sm. | $5.03 |
| 1502 | Boxer sz med | $5.03 |
| 1503 | Boxer sz Lrg | $5.03 |
| 1504 | Boxer sz XL | $5.03 |
| 1505 | Boxer sz 2XL | $5.76 |
| 1506 | Boxer sz 3XL | $5.76 |
| 1510 | Brief sz SM | $4.13 |
| 1511 | Briefs sz Med | $4.13 |
| 1512 | Briefs sz Lrg | $4.13 |
| 1513 | Briefs sz XL | $4.13 |
| 1514 | Briefs sz 2XL | $4.13 |
| 1519 | Panties sz 5 | $3.44 |
| 1520 | Panties sz 6 | $3.44 |
| 1521 | Panties sz 7 | $3.44 |
| 1522 | Panties sz 8 | $3.44 |
| 1523 | Panties sz 9 | $3.89 |
| 1524 | Panties sz 10 | $3.89 |
| 1525 | Panties sz 11 | $3.89 |
| 1526 | Panties sz 12 | $3.89 |
| 1542 | Sport Bra 32 cup | $10.03 |
| 1543 | Sport Bra 34 cup | $10.03 |
| 1544 | Sport Bra 36 cup | $10.03 |
| 1545 | Sport Bra 38 cup | $10.03 |
| 1552 | T-Shirt sz 4XL | $7.50 |
| 1555 | T-Shirt sz SM | $5.06 |
| 1556 | T-Shirt sz Med | $5.06 |
| 1557 | T-Shirt sz Lrg | $5.06 |
| 1558 | T-Shirt sz XL | $5.06 |
| 1559 | T-Shirt sz 2XL | $7.03 |
| 1560 | T-Shirt sz 3XL | $7.03 |
| 1564 | Socks White | $2.30 |
| 1565 | Thermal Top SM | $8.48 |
| 1566 | Thermal Top Med | $8.48 |
| 1567 | Thermal Top Lrg | $8.48 |
| 1568 | Thermal Top XL | $8.48 |
| 1569 | Thermal Top 2XL | $8.48 |
| 1606 | Thermal Top 3XL | $11.85 |
| 1772 | Handkerchief White | $2.34 |
| 1804 | Deck Shoes sz - M6/W8 | $15.94 |
| 1805 | Deck Shoes sz - M7/W9 | $15.94 |
| 1806 | Deck Shoes sz - M8/W10 | $15.94 |
| 1807 | Deck Shoes sz - M9/W11 | $15.94 |
| 1808 | Deck Shoes sz - M10/W12 | $15.94 |
| 1809 | Deck Shoes sz - M11/W13 | $15.94 |
| 1810 | Deck Shoes sz - M12/W14 | $15.94 |
| 1811 | Deck Shoes sz - M13/W15 | $15.94 |

### Personal Hygiene

| # | Item | Price |
|---|---|---|
| 2605 | Irish SpringSoap | $2.50 |
| 2608 | Dial Antibacterial Soap | $2.50 |
| 2611 | Shampoo Lrg | $3.66 |
| 2612 | Conditioner Lrg | $3.66 |
| 2613 | Dandruff Shampoo 12 oz. | $3.49 |
| 2614 | Hair Pomade 4 oz. | $2.67 |
| 2615 | Bergamot 4 oz. | $2.67 |
| 2616 | Styling Gel 16 oz. | $4.43 |
| 2618 | Curl Activator 10 oz. | $3.91 |
| 2620 | Colgate Toothpaste 2.5 oz. | $3.23 |
| 2621 | Adult Toothbrush | $1.30 |
| 2622 | Holder for Toothbrush | $1.12 |
| 2623 | Ivory soap | $1.88 |
| 2624 | Dove Soap | $3.91 |
| 2627 | Soap Dish | $1.24 |
| 2629 | Toothpaste Gel 4 oz. | $3.98 |
| 2630 | Deodorant 2.25 oz. | $3.89 |
| 2631 | *Anti-Perspirant Deodorant Powder | $3.91 |
| 2632 | Roll On Deodorant 2 oz. | $2.18 |
| 2637 | Cocoa Butter Lotion 20 oz. | $3.91 |
| 2639 | Baby Oil 6.5 oz. | $4.81 |
| 2641 | Plastic Comb | $0.23 |
| 2646 | Hairbrush with Handle | $1.88 |
| 2655 | Detergent Single use | $2.06 |
| 2661 | Magic Shave Mild 6 oz. | $9.53 |
| 2670 | Denture Adhesive | $7.27 |
| 2671 | Denture Tablets 2 ct. | $0.62 |
| 2675 | Douche | $2.56 |
| 2676 | Tampons 8 ct. | $3.66 |
| 2677 | Sanitary Napkin 1 each | $0.70 |
| 2680 | Petroleum Jelly | $2.79 |
| 2751 | SM Shampoo and Body Bath 4 oz. | $1.64 |
| 2752 | SM Conditioner 4 oz. | $1.78 |
| 2753 | Deodorant 1.6 oz. | $2.44 |
| 2754 | Soap Deodorant 1 oz. | $0.66 |
| 2755 | Toothpaste .85 oz. | $0.75 |

### Medical

| # | Item | Price |
|---|---|---|
| 3812 | *Advil 2 ct. | $1.41 |
| 3814 | *Vitamin 90 ct. 1 Per Day | $5.44 |
| 3818 | *Eye Drops | $4.76 |
| 3820 | *Antacid roll | $2.34 |
| 3822 | *Alka Seltzer 2 ct. | $0.85 |
| 3831 | Menthol Cough Drops | $2.81 |
| 3861 | *Anti-Fungal Cream | $4.40 |
| 3875 | Lip Balm | $1.88 |

### Miscellaneous

| # | Item | Price |
|---|---|---|
| 4202 | Drawing Pad 50 pg. 8.5"x11" | $3.74 |
| 4205 | Pink Eraser | $1.59 |
| 4209 | Clear Ink Pen Black | $0.74 |
| 4211 | Color Pencils | $4.43 |
| 4215 | *Stamp | $0.62 |
| 4216 | *Pre-Stamped Envelope | $0.74 |
| 4217 | Envelope (Plain White) | $0.12 |
| 4218 | Legal Envelope No-Clasp | $0.44 |
| 4230 | File Jacket | $3.41 |
| 4232 | Lined Writing Tablet | $2.34 |
| 4707 | Plugs Ear | $0.61 |
| 4712 | Hot Pot | $27.97 |
| 4714 | Dominos | $5.16 |
| 4720 | Playing Cards | $3.42 |
| 4721 | Uno Cards | $13.40 |
| 4723 | Crossword Puzzle Book | $3.75 |
| 4750 | Plastic Bowl | $1.78 |
| 4752 | Plastic Cup | $1.81 |

### Candy

| # | Item | Price |
|---|---|---|
| 5150 | Snickers K | $2.11 |
| 5151 | Reeses PB Cup GF K | $2.11 |
| 5152 | Milk Chocolate Hershey GF K | $2.11 |
| 5153 | Peanuts M and M  K | $2.11 |
| 5154 | Hershey with Almonds GF K | $2.11 |
| 5155 | Kit Kat Bar  K | $2.11 |
| 5156 | M and M Milk Chocolate K | $2.11 |
| 5157 | Almond Joy GF K | $2.11 |
| 5158 | 3 Musketeers K | $2.11 |
| 5161 | Milky Way K | $2.11 |
| 5162 | Baby Ruth GF K | $2.11 |
| 5169 | Snickers with Almonds K | $2.11 |
| 5170 | Butterfinger K | $2.11 |
| 5172 | *Sweet and Salty Mix K | $1.83 |
| 5173 | *Salted Peanuts GF K | $1.55 |
| 5174 | *All Energy Trail Mix GF K | $1.83 |
| 5175 | *Mango Pineapple Trail Mix GF K | $1.83 |
| 5180 | Assorted Jolly Rancher K | $2.02 |
| 5181 | Starburst | $2.11 |
| 5182 | Starlight Mint | $1.67 |
| 5183 | Hot Jaw Breakers | $2.02 |
| 5184 | Butterscotch | $1.67 |
| 5186 | Tootsie Pop GF K | $0.38 |
| 5191 | Treat Marshmallow | $1.17 |
| 5192 | *Brown Sugar Pop Tart | $1.88 |
| 5193 | Pay Day Bar GF K | $2.11 |
| 5194 | Skittles | $2.11 |

### Beverages

| # | Item | Price |
|---|---|---|
| 6409 | *Cappuccino Vanilla GF K | $0.70 |
| 6410 | *Single Serve Coffee GF K | $0.49 |
| 6412 | *ECONOMY COFFEE 3 OZ. | $5.04 |
| 6415 | *100% Colombian Coffee 3 oz. GF K | $7.03 |
| 6419 | *Tea with Sugar ea. | $0.47 |
| 6420 | *Instant Cocoa Single | $0.56 |
| 6421 | *Powdered Milk K | $3.98 |
| 6430 | Black Cherry Drink Instant GF K | $0.38 |
| 6432 | Grape Drink 1 ct. Instant GF K | $0.38 |
| 6435 | Drink Lemon 1 ct. Instant GF K | $0.38 |
| 6440 | Orange Drink Instant  GF K | $0.38 |
| 6445 | Tropical Drink 1 ct. Instant GF K | $0.38 |
| 6450 | Coke 16.9 oz. GF | $1.97 |
| 6451 | Diet Coke 16.9 oz. GF | $1.97 |
| 6452 | Sprite 16.9 oz. GF | $1.97 |
| 6453 | Dr. Pepper 16.9 oz. GF | $1.97 |
| 6454 | Diet Dr. Pepper 16.9 oz. GF | $1.97 |
| 6460 | *Bottle Water GF | $0.94 |

### Snack Foods

| # | Item | Price |
|---|---|---|
| 7014 | *Dill Pickle Large K | $1.78 |
| 7015 | *Pickle Hot Large K | $1.78 |
| 7016 | *Variety Pack Oatmeal K | $5.39 |
| 7017 | *Spicy Texas Beef Noodle | $0.9? |
| 7021 | *Chicken Noodle | $0.9? |
| 7023 | *Hot Noodle Chili | $0.9? |
| 7031 | *Sausage Beef 5 oz. | $4.2? |
| 7032 | *Spicy Beef Sausage 5 oz. | $4.2? |
| 7034 | *Twin Beef Sausage Stick | $1.5? |
| 7040 | *Salt 10 ct.  K | $0.7? |
| 7041 | *Pepper 10 ct. K | $0.7? |
| 7042 | *Sugar 10 ct. K | $0.8? |
| 7043 | *Substitute Sugar 10 ct. K | $0.9? |
| 7044 | *Non-Dairy Creamer 10 ct. K | $1.1? |
| 7045 | *Hot Sauce 5 ct. K | $1.4? |
| 7047 | *Mustard 10 ct. K | $1.1? |
| 7048 | *Ketchup 10 ct. K | $1.1? |
| 7051 | *Squeeze Peanut Butter K | $0.6? |
| 7052 | *Strawberry Squeeze Jam | $0.5? |
| 7053 | *Round Toasted PB Crackers | $0.8? |
| 7054 | *PB on Cheese Crackers | $0.8? |
| 7055 | *Jelly Grape Squeeze K | $0.5? |
| 7058 | *Saltine Crackers (1 Sleeve) K | $1.1? |
| 7059 | *Snack Crackers (1 Sleeve) K | $1.7? |
| 7060 | *Oats and Honey Granola K | $1.4? |
| 7062 | *Mayonnaise 5 ct. K | $1.1? |
| 7082 | *Tuna Pouch GF | $3.1? |
| 7083 | *Mackerel Fillet GF | $2.8? |
| 7084 | *Dehydrated Ref Beans 8 oz. GF K | $4.3? |
| 7085 | Beef Stew 11.25 oz. Pouch | $3.9? |
| 7086 | Hot Chili Beans Pouch 11.25 oz. | $3.9? |
| 7087 | *Hot Sauce Sardines GF K | $2.5? |
| 7088 | Sliced Jalapeno 1 oz. K | $0.9? |
| 7089 | *Sardine Pouch GF K | $2.3? |
| 7090 | *Red Beans and Rice 2 oz. GF K | $1.6? |
| 7091 | *White Rice 2 oz. GF K | $1.3? |
| 7100 | Banana Moon pie | $1.3? |
| 7101 | Chocolate Moon pie | $1.3? |
| 7102 | Honey Bun K | $1.8? |
| 7108 | Cupcake Chocolate K | $2.1? |
| 7109 | Cinnamon Roll K | $2.1? |
| 7110 | White Mini Donuts K | $2.1? |
| 7111 | Mini Chocolate Donuts K | $2.1? |
| 7112 | *Chocolate Chip Cookie Bag K | $1.6? |
| 7113 | Oatmeal Creme Pie K | $1.8? |
| 7115 | Buddy Bars K | $1.8? |
| 7118 | *Duplex Cookies K | $1.7? |
| 7121 | *Cookies Peanut Butter K | $1.7? |
| 7122 | *Vanilla Cream Cookies K | $1.7? |
| 7125 | *Cheetos Crunchy GF | $1.7? |
| 7126 | *Flamin Hot Cheetos GF | $1.7? |
| 7129 | *Fritos Chili Cheese GF | $1.7? |
| 7131 | *Doritos Nacho Cheese | $1.7? |
| 7146 | *Pork Skin SM Hot and Spicy GF | $0.9? |
| 7150 | *Cheesy Jalapeno Curls GF K | $2.2? |

Pg. 2 Civil Action Complaint

Defendants illegal & harmfull actions: Continued.

On 8/16/23 I was cut with a razor by a inmate throwing water & bodily fluids under the door, I wrote him up in a grievance to file charges but no one ever got back to me! The same week and day a terrible nazi scumbag named Michael Cathy "Boomer" was threatining to kill me & was throwing poop & pee under my door & the gaurds did nothing! Michael Cathy is in jail for trying to grab a cops gun & shoot him! He always said I wish I would of blasted that cop & when I get out I'm going to do it for real! The dude that cut me with a razor has a tattoo of a Monopoly guy holding a money bag.

A few weeks ago, around mid August officer Tennison, and Wilson almost killed me with pepper spray after refusing me help after I had a seizure! Those cans need to be regaurded as deadly weapons! They've killed people with those canisters! My friend Amar Collins & ~~[scribbled out]~~ know of a poor black girl they killed here in this jail!

Please bring a reporter & arrest these officers for setting up a firing squad & killing my father. Also grant me a civil action to, make sure Dr. Patel at Austin State Hospital joins my lawer, get me Medicare & a dismissal or time served & get me home to Killeen or Austin or Marble Falls Safe

9/10/2023

Dear Waco Division Clerk.

I need 4 more section 1983 complaint forms ASAP. Jail Cops here have threatened to kill me, take my mail, forge letter stickers, deny me my needed prescription medicine, almost choked me to death & kept me on cell restriction for no good reason. I didn't get a disciplinary case & need to use phone to go home. Thanks for granting me the civil action case no# 6:23-CV-00646 for my unlawful arrest, I hope you get me the dismissal & five grand I need to fly home.

This other sheet of paper is the best I can do without blank 1983 forms. Please grant me a number for it & get me home ASAP! These cops were involved in my fathers murder in 2019. Call my mother Betty @ 830-200-2553 & tell her. Hurry & send more forms! Thanks.

Dus McGuffey
Pro Se attorney

From: MR. [illegible]
E 510 LEON STREET
Gatesville TX 76528

AUSTIN TX 787
RIO GRANDE DISTRICT
12 SEP 2023 PM 4 L

Legal

RECEIVED
SEP 14 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

INDIGENT

Clerk, Waco Division Court
800 Franklin Ave Room #320
WACO, TX 76701

76701-999955